**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6524**

| | |
|---|---|
| In the Matter of<br>DEMING ZHOU and<br>THERESA CHANG,<br>V.<br>KAIBLE CORPORATION and<br>KAI JIANG | Case Number:<br><br><br><br>**JUDGE HIBBLER**<br>**MAGISTRATE JUDGE KEYS** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEMING ZHOU and THERESA CHANG, PLAINTIFFS   **CEM**

| |
|---|
| NAME (Type or print)<br>ANTHONY R. LICATA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ ANTHONY R. LICATA |
| FIRM<br>Shefsky & Froelich Ltd. |
| STREET ADDRESS<br>111 E. Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3124572 | TELEPHONE NUMBER<br>(312) 527-4000 / (312) 527-4011 (Fax) |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐