**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6524**

In the Matter of                                    Case Number:

DEMING ZHOU and
THERESA CHANG,
V.
KAIBLE CORPORATION and                    **JUDGE HIBBLER**
KAI JIANG                                    **MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEMING ZHOU and THERESA CHANG, PLAINTIFFS        **CEM**

| | |
|---|---|
| NAME (Type or print) <br> JESSICA A. EDGERTON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JESSICA A. EDGERTON | |
| FIRM <br> Shefsky & Froelich Ltd. | |
| STREET ADDRESS <br> 111 E. Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289418 | TELEPHONE NUMBER <br> (312) 527-4000 / (312) 527-4011 (Fax) |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐