AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DEMING ZHOU and
THERESA CHANG,
        Plaintiffs,

V.

KAIBLE CORPORATION and
KAI JIANG,
        Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**07 C 6524**

**JUDGE HIBBLER**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

KAI JIANG
c/o ILLINOIS SECRETARY OF STATE
69 W. Washington
Suite 1240
Chicago, IL  60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony R. Licata
Lynn A. Ellenberger
Jessica A. Edgerton
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
---------------------------------
**(By) DEPUTY CLERK**



**November 19, 2007**
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/19/2007 |
| NAME OF SERVER (PRINT): Thomas S. DalCompo | TITLE: Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kai Jiang c/o Illinois Secretary of State, Department of Securities 69 W. Washington, Suite 1220 Chicago, IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/2007
Date

Signature of Server

Address of Server: 111 E. Wacker Dr. #2800 Chicago, IL 60601

**RECEIVED BY**
**Securities Department**
NOV 19 2007
**SECRETARY OF STATE**
**CHICAGO, ILLINOIS**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.