

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
)) SS
NEW CASTLE COUNTY)

**Re:    DEMING ZHOU AND THERESA CHANG vs KAIBLE
CORPORATION AND KAI JIANG**
**Civil Action No. 07 C 6524**

Patricia Pribish, being duly sworn, deposes that he/she is a Deputy Sheriff and
avers that he/she served upon and left personally upon **MARY DRUMMOND,
SERVICE OF PROCESS FOR CORPORATION SERVICE COMPANY,**
Registered Agent for KAIBLE CORPORATION at 2711 CENTERVILLE ROAD
SUITE 400 WILMINGTON, DE 19808 on 12/5/2007 at 1:45PM a copy of Out of State
Summons and Complaint.
The Deponent further avers that he/she knew the person so served to be the same
person as mentioned in the Out of State document.

_____
**DEPUTY SHERIFF
NEW CASTLE COUNTY**

STATE OF DELAWARE)
)) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on December 6, 2007 personally came before me,
the Subscriber, a Notary Public of the State of Delaware, Patricia Pribish, a Deputy
Sheriff of New Castle County and State of Delaware, and stated that the facts stated
above are true and correct.
**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
**Notary Public**

AO 440 (Rev. 05/00) Summons in a Civil Action

# United States District Court

## Northern District of Illinois

# 07 C 6524

## SUMMONS IN A CIVIL CASE

DEMING ZHOU and
THERESA CHANG,

             **Plaintiffs,**

        V.

KAIBLE CORPORATION and
KAI JIANG,

           **Defendants.**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE HIBBLER**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

    KAIBLE CORPORATION
    c/o CORPORATION SERVICE COMPANY, Registered Agent
    2711 Centerville Road, Suite 400
    Wilmington, DE  19808
    (302) 636-5401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony R. Licata
Lynn A. Ellenberger
Jessica A. Edgerton
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

------------------------------
**(By) DEPUTY CLERK**

**November 16, 2007**

------------------------------
**Date**

