# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Deming Zhou, et al.

                         Plaintiff,

v.                                          Case No.: 1:07–cv–06524

                                            Honorable William J. Hibbler

Kaible Corporation, et al.

                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 27, 2007:

        MINUTE entry before Judge William J. Hibbler: Status hearing to set discovery schedule set for 1/30/2008 at 09:30 AM. Parties to submit joint proposed discovery schedule to the Court by 1/25/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.