## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| **Deming Zhour and Theresa Change,** | ) | |
| | ) | |
| **Plaintiffs** | ) | **Honorable William J. Hibbler** |
| **v.** | ) | |
| | ) | **Case Number: 07 CV 6524** |
| **Kaible Corporation and Kai Jiang** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF AGREED MOTION

To:    See Attached Certificate of Service

     **PLEASE TAKE NOTICE** that at 9:30 a.m. on the 23rd day of January, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable William J. Hibbler in Room 1225, at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Defendants' Agreed Motion for Additional Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

                    Respectfully submitted,

                    KAIBLE CORPORATION and KAI JIANG


                    By:     s/  Stephen C. Voris
                            One of Their Attorneys


Ira M. Levin
Kimberly A. Cloud
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900
458150

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she served a copy of the foregoing Notice of Agreed Motion and present Defendants' Agreed Motion for Additional Time to Answer or Otherwise Plead, upon:

Ms. Lynn A. Ellenberger
Ms. Jessica Anne Edgerton
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

via email through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division on this 16th day of January, 2008.


_____ s/  Kimberly A. Cloud_____