## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6524 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Zhou, et al. Vs. Kaible Corp., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for additional time until 1/31/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule reset to 2/19/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 2/14/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|