U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07 CV 6524
Deming Zhou and Theresa Chang
v.
Kaible Corporation and Kai Jiang

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Kaible Corporation and Kai Jiang, Defendants

| NAME (Type or print) |  |  |
|---|---|---|
| David A. Genelly |  |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |  |
| s/ David A. Genelly |  |  |
| FIRM |  |  |
| Vanasco Genelly & Miller |  |  |
| STREET ADDRESS |  |  |
| 33 North LaSalle Street, Suite 2200 |  |  |
| CITY/STATE/ZIP |  |  |
| Chicago, IL  60602 |  |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |  |
| 00932663 |  |  |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |  |