UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMING ZHOU and<br>THERESA CHANG, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  07 C 6524 |
| v. | ) ) | Judge Hibbler |
| KAIBLE CORPORATION and<br>KAI JIANG, | ) ) ) | Magistrate Judge Keys |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

This matter coming before the court on the agreed motion of defendants to file the substitute appearance of David A. Genelly and James E. Judge of Vanasco Genelly & Miller, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT the motion is granted.  Stephen C. Voris and Kimberly A. Cloud of Burke, Warren, MacKay & Serritella P.C. are hereby granted leave to withdraw their appearances in this cause.

_____
William J. Hibbler
United States District Judge