UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMING ZHOU and<br>THERESA CHANG,<br><br>          Plaintiffs,<br><br>   v.<br><br>KAIBLE CORPORATION and<br>KAI JIANG,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.  07 C 6524<br>)<br>)   Judge Hibbler<br>)<br>)   Magistrate Judge Keys<br>)<br>) |

## NOTICE OF AGREED MOTION

To:    See Attached Certificate of Service

      PLEASE TAKE NOTICE that at 9:30 a.m. on January 30, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable William J. Hibbler in Room 1225, at the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Defendants' Agreed Motion to Substitute Counsel, a copy of which is hereby served upon you.

                 Respectfully submitted,

                 KAIBLE CORPORATION and KAI JIANG


                 By:    s/ David A. Genelly
                          One of their attorneys

David A. Genelly
James E. Judge
Vanasco Genelly & Miller
33 North LaSalle Street, Suite 2200
Chicago, IL  60602
(312) 786-5100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he served a copy of the foregoing Notice of Motion and to present the Motion to Substitute Counsel, upon:

Lynn A. Ellengberger
Anthony R. Licata
Jessica Anne Edgerton
Schefsky & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago IL 60601

Stephen C. Voris
Kimberly A. Cloud
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607

via e-mail through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division and by United States Mail, postage prepaid, at 33 North LaSalle Street, Chicago IL 60602, before 5:00 P.M. on January 28, 2008.


s/ David A. Genelly