UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMING ZHOU and<br>THERESA CHANG,<br><br>      Plaintiffs,<br><br>      v.<br><br>KAIBLE CORPORATION and<br>KAI JIANG,<br><br>      Defendants.<br><br>KAIBLE CORPORATION,<br><br>      Counter-plaintiff,<br>      v.<br><br>DEMING ZHOU,<br><br>      Counter-defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 07 C 6524<br>)<br>) Judge Hibbler<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To:    See Attached Certificate of Service

    PLEASE TAKE NOTICE that Defendants, Counter-plaintiffs KAIBLE CORPORATION and KAI JIANG filed their Answer, Affirmative Defenses and Counter-claim with Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, copies of which are hereby served on you.

                                      Respectfully submitted,
                                      KAIBLE CORPORATION and KAI JIANG

                                By:    s/ David A. Genelly
                                              One of their attorneys

David A. Genelly
James E. Judge
Vanasco Genelly & Miller
33 North LaSalle Street, Suite 2200
Chicago, IL  60602
(312) 786-5100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that copies of the foregoing Notice of Filing, Answer, Affirmative Defenses and Counter-Claim were served upon:

Lynn A. Ellenberger
Anthony R. Licata
Jessica Anne Edgerton
Shefsky & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago IL 60601


via e-mail through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division and by United States Mail, postage prepaid, at 33 North LaSalle Street, Chicago IL 60602, before 5:00 P.M. on January 30, 2008.


s/ David A. Genelly

-30-