# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6524 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Zhou, et al. Vs. Kaible Corp., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Agreed motion to substitute David A. Genelly and James E. Judge of Vanasco Genelly & Miller for Stephen C. Voris, Kimberly A. Cloud of Burke, Warren, MacKay & Serritella P.C. as counsel for defendants. Status hearing date of 2/19/08 at 9:30 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|