## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Deming Zhou, et al.

                    Plaintiff,

v.                                                   Case No.: 1:07−cv−06524
                                                  Honorable William J. Hibbler

Kaible Corporation, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/19/2008 and continued to 4/15/2008 at 09:30 AM. The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 3/28/08. Fact discovery cut−off set for 9/1/08. Parties given to and including 9/30/08 to amend all pleadings and to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 9/25/08. Defendant shall comply with FRCP(26)(a)(2) by 10/27/08. Plaintiffs rebuttal expert shall comply with FRCP 26(a)(2) by 11/10/08. Expert discovery ordered closed by 12/1/2008. Dispositive motions with supporting memoranda due by 1/15/2009. Mailed notice(jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.