# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 07 C 6524

Deming Zhou and Theresa Chang v. Kaible Corp. and Kai Jiang

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Deming Zhou and Theresa Chang

| |
|---|
| NAME (Type or print) <br> Roger J. Kiley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Roger Kiley |
| FIRM <br> Shefsky and Froelich, Ltd. |
| STREET ADDRESS <br> 111 E. Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283248 | TELEPHONE NUMBER <br> (312) 836-4150 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |